UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Van Williamson, | File No. 23-cv-2165 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Eischen, Warden FPC Duluth, | |
| Defendant. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 12, 2024.  ECF No. 12.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED**;

2. Petitioner Van Williamson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**; and

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 11, 2024             s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court